FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 APR -2 PM 3: 15

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH BERRY,
a/k/a JOSEPH BARRY,

    Plaintiff,

v.

CASE NO. CV408-202

SAVANNAH CHATHAM METROPOLITAN
POLICE DEPARTMENT, MORGAN
GRAHAM, GABRIEL PRIMUS,
LAPRENTICE MAYES, and BELK
DEPARTMENT STORE,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. This case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 2nd day of April, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA